371 A.2d 243
Commonwealth v. Ward, Appellant.

Submitted June 22, 1976. Albert John Snite, Jr., Assistant Defender, and Benjamin Lerner, Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.